# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BASHAR HASHASH | : | Case No. 1:07CV00140 |
| Plaintiff | : | |
| | : | Honorable Judge |
| | : | Christopher A. Boyko |
| v. | : | |
| | : | *Motion to Voluntarily Dismiss* |
| MARK B. HANSEN, *et al.*, | : | |
| Defendants. | : | |

NOW comes Plaintiff, Bashar Hashash, through undersigned counsel, and moves this Honorable Court to dismiss the instant matter without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). All parties to this matter have agreed, through their undersigned signatures email correspondence and through phone conference, to the instant dismissal.

Respectfully submitted,

/s/Lisa Hammond Johnson
Lisa Hammond Johnson
Assistant U.S. Attorney
Reg. No. 0061681
Carl B. Stokes United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Phone: 216.622.3679
Facsimile: 216.522.4982
E-mail: lisa.hammond.johnson@usdoj.gov

*Attorney for Defendants*

/s/Rishi Pratap Oza
Rishi Pratap Oza
Reg. No. 0081230
Federal Bar No. phv10572
Robert Brown LLC
1468 W. 9th Street, Suite 210
Cleveland, Ohio 44113
Phone: 216.861.4414
Facsimile: 216.861.4408
Email: roza@brown-immigration.com

*Attorney for Plaintiff*

Judge Christopher A Boyko
8/7/07

FILED
AUG - 7 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND